ANNA S. PECKHAM
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, #300
Great Falls, MT 59401
Phone: (406) 761-7715
FAX: (406) 453-9973

RECEIVED
MAY 23 2006
Clerk U.S. District Court
District of Montana
Great Falls Division

FILED
BILLINGS, MT
2006 MAY 22 AM 9 08
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILL TYRONE JAMES DESCHARM WATSON,<br><br>Defendant. | CR 06- 45 -GF- SEH<br><br>**INDICTMENT**<br><br>ATTEMPTED SEXUAL ABUSE<br>Title 18 U.S.C. §§ 1153, 2242(2)(A) (Count I)<br>(Penalty: Twenty years imprisonment, $250,000 fine, and three years supervised release)<br><br>ASSAULT WITH A DANGEROUS WEAPON<br>Title 18 U.S.C. §§ 1153(a), 113(a)(3) (Count II)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |

THE GRAND JURY CHARGES:

## COUNT I

On or about March 30, 2006, in the State and District of Montana, and within the boundaries of the Rocky Boy's Indian Reservation, being Indian Country, the defendant, BILL TYRONE JAMES DESCHARM WATSON, an Indian person, did knowingly attempt to engage in a sexual act with J.M.B., who was physically incapable of communicating unwillingness to engage in that sexual act, in violation of 18 U.S.C. §§ 1153(a) and 2242(2)(A).

## COUNT II

On or about March 30, 2006, in the State and District of Montana, and within the boundaries of the Rocky Boy's Indian Reservation, being Indian Country, the defendant, BILL TYRONE JAMES DESCHARM WATSON, an Indian person, with the intent to do bodily harm, knowingly and intentionally assaulted Joseph Charles Big Knife with a dangerous weapon, specifically a hammer, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(3).

A TRUE BILL.

FOREPERSON

WILLIAM W. MERCER
United States Attorney

CARL E. ROSTAD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant  X
Bail  NONE