FILED

MAR 26 2013

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | No. CR-06-45-GF-SEH |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| BILL TYRONE JAMES DESCHARM WATSON, | |
| Defendant. | |

Upon the record made in open court on March 26, 2013, Defendant's Motion for DNA Testing Pursuant to 18 U.S.C. § 3600[1] is DENIED.

DATED this 26th day of March, 2013.

SAM E. HADDON
United States District Judge

---

[1] Document No. 82.