# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 06-45-GF-BMM |
| Plaintiff, | |
| v. | RECOMMENDATION |
| BILL TYRONE JAMES DESCHARM WATSON, | |
| Defendant. | |

Before the Court is Defendant's Motion for a recommendation that he be placed in RRC, halfway house, or home confinement for twelve months. The government has no objection. For good cause shown,

IT IS HEREBY RECOMMENDED that the Bureau of Prisons place Mr. Watson in RRC, halfway house, or home confinement 12 months prior to his scheduled release.

DATED this 30th day of October, 2017.

Brian Morris
United States District Court Judge