# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-06-45-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| BILL TYRONE JAMES DESCHARM WATSON, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 25, 2021. (Doc. 219.) Bill Watson (Watson) filed an objection on February 25, 2021. (Doc. 220.) The Court reviews de novo findings and recommendations to which a party objects. 28 U.S.C. § 636(b)(1).

Judge Johnston conducted a revocation hearing on February 23, 2021. (Doc. 217.) The United States accused Watson of violating his conditions of supervised release by 1) by committing another crime; 2) by knowingly associating with a convicted felon; 3) by consuming alcohol on two separate occasions; and 4) by failing to provide truthful answers to questions asked by his probation officer.

(Doc. 214.)  At the revocation hearing, Watson admitted to violating the terms of his supervised release  1) by committing another crime; 2) by knowingly associating with a convicted felon; 3) by consuming alcohol on two separate occasions; and 4) by failing to provide truthful answers to questions asked by his probation officer.  Judge Johnston found the violations Watson admitted are serious and warrant revocation of Watson's supervised release.  Judge Johnston recommended Watson should be incarcerated for 4 months, with 56 months of supervised release to follow.  (Doc. 219.)

Watson now opposes Judge Johnston's Findings and Recommendations, objecting to the 4 months custody and the 56 months of supervised release that Judge Johnston recommended.  (Doc. 220.)

The Court has reviewed Judge Johnston's Findings and Recommendations as well as Watson's objection.  The undersigned conducted a revocation hearing on March 25, 2021. Watson and his attorney were allowed to allocute before the undersigned.  (Doc. 223.)  The Court has also considered the 18 U.S.C. § 3553(a) factors and agrees with Judge Johnston's Findings and Recommendations. Watson's violations of his conditions represent a serious breach of the Court's trust. This violation proves serious. Judge Johnston has recommended that the Court revoke Watson's supervised release and commit him to the custody of the

Bureau of Prisons for 4 months. (Doc. 219 at 4.) Judge Johnston further has recommended a term of 56 months of supervised release. (*Id.*) Accordingly,

**IT IS HEREBY ORDERED** that Watson's objection is denied. Judge Johnston's Findings and Recommendations (Doc. 219) are ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant Bill Tyrone Watson be sentenced to custody of the Bureau of Prisons for a term of 4 months, with 56 months of supervised release to follow.

DATED this 25th day of March, 2021.

_____
Brian Morris, Chief District Judge
United States District Court