# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br><br>BILL TYRONE JAMES DESCHARM WATSON,<br><br>　　　　　Defendant. | CR-06-45-GF-BMM<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 27, 2025. (Doc. 261.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 24, 2025 (Doc. 260.) The United States accused Bill Watson (Watson) of violating the conditions of his supervised release by: (1) committing another federal, state or local crime by being charged on December 23, 2024, with Careless Driving , in violation of

Chippewa-Cree Tribal Code VIII-3-11; (2) committing another federal, state or local crime by being charged on December 23, 2024, with Obstructing Traffic, in violation of Chippewa-Cree Tribal Code VIII-3-6; (3) committing another federal, state or local crime by being charged on December 23, 2024, with Negligently Endangering Another Person, in violation of Chippewa-Cree Tribal Code VIV-4-9; (4) failing to notify his probation officer within seventy-two hours that he had been questioned by a law enforcement officer on February 7, 2025; (5) committing another federal, state or local crime by being charged on February 23, 2025, with Negligently Endangering Another Person, in violation of Chippewa-Cree Tribal Code IV-4-9; (6) committing another federal, state or local crime by being charged on February 23, 2025, with Domestic Violence, in violation of Chippewa-Cree Tribal Code ordinance 2-97; and (7) committing another federal, state or local crime by being charged on February 23, 2025, with Reporting Accidents, in violation of Chippewa-Cree Tribal Code VIII-3-7.  (Doc. 251.)

At the revocation hearing, Watson admitted that he had violated the conditions of supervised release as set forth in the Petition by: (4) failing to notify his probation officer within seventy-two hours that he had been questioned by a law enforcement officer on February 7, 2025. The Government moved to dismiss violations 1-3 and 5-7. (Doc. 260.)

Judge Johnston found that the violation Watson admitted proves serious and warrants revocation of his supervised release and recommends a term of custody of time served, with 7 months supervised release to follow. (Doc. 261.) The Court advised Watson of his right to appeal and to allocute before the undersigned. He waived those rights. (Doc. 260.)

The violations prove serious and warrants revocation of Moore's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 261) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Bill Tyrone James Descharm Watson be sentenced to time served with 7 months of supervised release to follow.

DATED this 30th day of June 2025.

_____
Brian Morris, Chief District Judge
United States District Courts